**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE: 2021 19' HURRICANE
*M/V EL NINO* (HIN: GDY61279D121)

---

PARADISE FAMILY, LLC,
and ANOTHER DAY DAY IN
PARADISE BOAT CLUB, LLC,

Petitioners.

---

Case No. 8:22-cv-1211-KKM-AAS

**ORDER**

On August 19, 2022, the United States Magistrate Judge entered a Report and Recommendation, (Doc. 21), recommending that Petitioners Paradise Family and Another Day in Paradise Boat Club's Motion for Default Judgment against all non-appearing potential claimants, (Doc. 19), be granted. After reviewing the motion and its attachments, the Magistrate Judge recommended that the Court grant the motion. (Doc. 21.) The fourteen-day deadline for any non-appearing potential claimants to object to the Magistrate Judge's recommendation has passed without objection.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's Report and Recommendation. 28 U.S.C. § 636(b)(1). If a party files a timely and specific objection to a finding of fact by a magistrate judge, the district court must conduct a de novo review with respect to that factual issue. *Stokes v. Singletary*, 952 F.2d 1567, 1576 (11th Cir. 1992). The district court reviews legal conclusions de novo, even in the absence of an objection. *See Cooper-Houston v. S.*

*Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019). Here, the Court agrees with the legal and factual conclusions of the Magistrate Judge.

Accordingly, the following is **ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Doc. 21) is **ADOPTED** and made part of this Order for all purposes.
2. Petitioners' Motion for Default Judgment against Non-Appearing Potential Claimants (Doc. 19) is **GRANTED**.
3. The Clerk is directed to **ENTER** judgment against potential claimants that have not appeared but may have a claim against the petitioners.
4. Petitioners are exonerated from any and all claims arising out of the incident described in the Complaint for Exoneration from or Limitation of Liability (Doc. 1) against potential claimants who failed to file or otherwise state a claim.

**DONE AND ORDERED** at Tampa, Florida, on September 8, 2020.

*/s/ William F. Jung*
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record

.