UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE: 2021 19' HURRICANE
*M/V El NINO* (HIN: GDY61279D121)
_____

PARADISE FAMILY, LLC,
and ANOTHER DAY IN
PARADISE BOAT CLUB,
LLC,

    Petitioners.
_____

Case No. 8:22-cv-1211-KKM-AAS

## ORDER

This cause came before the Court on Claimant Courtney Petersen's Unopposed Motion to Stay Action for Exoneration from or Limitation of Liability and to Lift Injunction Restraining Actions against Petitioner and corresponding stipulation signed by all parties (Doc. 27).

Having been advised the Court adopts and approves Claimant's Stipulation (Doc. 27-1) and incorporates its provisions by reference in this Order. This Court stays and administratively closes this matter pending resolution of Claimant's claims against Petitioner outside of the limitation proceeding. The Clerk of Court is directed to administratively close this file. Within fourteen (14) days of resolution of Claimant's claims

out of the limitation proceeding, counsel is directed to file an appropriate motion or notice with Court to either dismiss or reopen this case.

**DONE AND ORDERED** at Tampa, Florida, on October 3, 2022.

*/s/ William F. Jung*
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record